## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

RYAN REDLIN,

        Plaintiff,

        v.                                      Case No. 05-C-0684

KENOSHA COUNTY, DAVID G. BETH,
CHARLES R. SMITH, LARRY APKER,
JAMIE SMITH, and JOHN DOE,

        Defendants.

## ORDER

On March 15, 2006, defendants filed a motion to dismiss for failure to prosecute. The plaintiff has not contested the motion. Furthermore, the plaintiff has not complied with the court's January 11, 2006 order that required the plaintiff to obtain counsel within 60 days from the date of that order and to notify the court of the same. It appears to the court that the plaintiff is not diligently prosecuting this action. The court will dismiss this action with prejudice for lack of diligence. *See* Civil L.R. 41.3 ("Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action, the Court may enter an order or dismissal with or without prejudice. Any affected party can petition for reinstatement of the action within 20 days.").

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED** with prejudice for lack of diligence.

The clerk of court shall enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 20th day of April, 2006.

BY THE COURT:

s/J.P. Stadtmueller
J.P. STADTMUELLER
U.S. District Judge